UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE subscriber assigned IP address 66.189.171.158.<br><br>  Defendant. | No. 1:18-cv-00587-MCE-CKD<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed this matter on April 30, 2018, alleging that it holds the copyright on various adult films, and that defendant is infringing on those copyrights by anonymously downloading and distributing Strike 3's films to others, using the BitTorrent protocol. (ECF No. 1 at 1–2.) Plaintiff could only identify defendant by his or her IP address, through which defendant downloads and distributes the films. (Id.)

To acquire defendant's true name and address, plaintiff filed an ex parte application to serve a third-party subpoena on defendant's internet service provider. (ECF No. 7.) The court granted this request on June 12, 2018, subject to certain limitations and conditions. (ECF No. 8.) Specifically, once plaintiff learned defendant's true identity, plaintiff was to serve that person or entity a copy of the court's order. (Id. at 5.) Within 45 days of June 12, 2018, plaintiff was to notify the court that service had been so completed, and whether defendant agreed to attend an

1

informal chambers conference before Magistrate Judge Gregory G. Hollows.  (Id.)

On July 27, 2018, plaintiff notified the court that it expected to receive a response to its third-party subpoena by September 4, 2018, after which plaintiff would "immediately serve the individual identified by the ISP with a copy of the Court's June 12, 2018 Order and, if Defendant agree[d], schedule a conference with the Court." (ECF No. 9 at 1–2.)  The court subsequently ordered that "[p]laintiff shall have 30 days from [September 4, 2018] in which to initially serve the court's order as previously directed." (ECF No. 11.)  The deadline having passed, plaintiff has failed to inform the court that such service was completed.

Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall SHOW CAUSE in writing why the court should not impose sanctions based upon its failure to follow the court's previous order.

Dated:  November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE